# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2024 ND 51

In the Interest of Y.R., A Child

| | |
|---|---|
| Grand Forks County Human Service Zone, | Petitioner and Appellee |
| v. | |
| Y.R., a child; J.B., father; | Respondents |
| and | |
| K.R., mother, | Respondent and Appellant |

### No. 20240063

Appeal from the Juvenile Court of Grand Forks County, Northeast Central Judicial District, the Honorable Donald Hager, Judge.

AFFIRMED.

Per Curiam.

Haley L. Wamstad, State's Attorney, and Heather Misialek, under the Rule on Limited Practice of Law by Law Students, Grand Forks, ND, for petitioner and appellee; submitted on brief.

Erica L. Chisholm, Wahpeton, ND, for respondent and appellant; submitted on brief.

## Interest of Y.R.
## No. 20240063

**Per Curiam.**

[¶1] K.R. appeals from a juvenile court order terminating her parental rights to Y.R. K.R. argues the court erred in finding clear and convincing evidence established Y.R. was a child in need of protection and that the conditions and causes of the need for protection were likely to continue. After reviewing the record, the court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]  Jon J. Jensen, C.J.
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr
Cherie L. Clark, D.J.

[¶3] The Honorable Cherie L. Clark, D.J., sitting in place of Crothers, J., disqualified.